**Defendant:** **Zemoga, Inc.**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113606 | $270,000.00 | 4/6/2023 | 11591 | 12/7/2022 | $503,836.00 |
| **Totals:** | **1 transfer(s),** | | **$270,000.00** | | | | |